# United States District Court
# For The Western District of North Carolina
# Statesville Division

UNITED STATES OF AMERICA,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.                                CASE NO. 5:10CV2

THOMAS M. FLYNN,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 2, 2011, Order.

                                       Signed: June 2, 2011

                                       Frank G. Johns, Clerk
                                       United States District Court